UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON


CIVIL ACTION NO. 2008-236 (WOB)

BRENDA S. ANDRESS, ET AL                                    PLAINTIFFS

VS.                              <u>JUDGMENT</u>

GANNETT SATELLITE
INFORMATION NETWORK,
INC. d/b/a The
Cincinnati Enquirer                                         DEFENDANT


Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANT'S FAVOR,** and this matter is hereby stricken from the docket of this court.


This 30th day of September, 2010.




**Signed By:**

*__William O. Bertelsman__* *WOB*

**United States District Judge**